**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TINA M. STONE, ) | Civil Action No. 2:22-cv-00267-NR |
| Plaintiff, ) | |
| ) | |
| v. ) | *ELECTRONICALLY FILED* |
| ) | |
| VERIZON, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, Verizon Services Corp. ("Defendant"), hereby represents that Verizon Services Corp. is a wholly owned subsidiary of Verizon Communications Inc. Verizon Communications Inc. is a publicly traded company and has no parent corporation or any publicly held corporation owning 10 percent or more of its stock.

Dated:  February 14, 2022

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Emily E. Town*
Emily E. Town
PA ID No. 309881
emily.town@jacksonlewis.com
Liberty Center, Suite 1000
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 232-0404
(724) 923-4160 *facsimile*

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, true and correct copies of *Defendant's Corporate Disclosure Statement* were served via the Court's electronic filing system upon all counsel of record and upon Plaintiff's additional counsel, at:

John Newborg
225 Ross Street, 4th Floor
Pittsburgh, PA 15219
newborglaw@gmail.com

Dated: February 14, 2022

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Emily E. Town*
Emily E. Town
PA ID No. 309881
emily.town@jacksonlewis.com
Liberty Center, Suite 1000
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 232-0404
(724) 923-4160 *facsimile*

*Counsel for Defendant*